**ORIGINAL**

DOCUMENT # 

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Date: <u>October 5, 2006</u> |
| Transport Workers, et al.<br><br>v.<br><br>N.Y.C. Transit Authority, et al. | U.S.C.A.# <u>**06-3016-cv**</u><br><br>U.S.D.C.# <u>**02-CV-7659**</u><br><br>D.C. JUDGE: SHIRA A. SCHEINDLIN |

## Notice To The Docket Clerk



(  ) **Original Record**    (xxx) **1st Supplemental Record**

**The record in the above-entitled case was indexed to the U.S.C.A. for the Second Circuit on the 5th day of October, 2006.**



| UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK | Date: <u>October 5, 2006</u> |
|---|---|
| Transport Workers, et al. | U.S.C.A.# <b>06-3016-cv</b> |
| v. | U.S.D.C.# <b>02-CV-7659</b> |
| N.Y.C. Transit Authority, et al. | D.C. JUDGE: SHIRA A. SCHEINDLIN |

### 1ST SUPPLEMENTAL INDEX TO THE RECORD ON APPEAL

| Prepared by (Name) | Pablo Rolon |
|---|---|
| Firms name: | Counsel Press LLC |
|  | c/o Gladstein, Reif & Meginniss |
| Firms address: | 520 Eighth Avenue, 8th Floor |
|  | New York, New York 10018 |
| Firms Phone Number: | 212-685-9800 |

### DISTRICT COURT DOCKET ENTRIES

| DOCUMENT DESCRIPTION | DOC.# |
|---|---|
| 1) Order | 60 |
| 2) Exhibit (Plaintiffs') | 61 |
| 3) Exhibit (Plaintiffs') | 62 |
| 4) Exhibit (Defendants') | 63 |

COPY

| | |
|---|---|
| UNITED STATES DISTRICT COURT FOR<br>THE SOUTHERN DISTRICT OF NEW YORK | Date: <u>October 5, 2006</u> |
| Transport Workers, et al. | U.S.C.A.# <u>06-3016-cv</u> |
| v. | U.S.D.C.# <u>02-CV-7659</u> |
| N.Y.C. Transit Authority, et al. | D.C. JUDGE: SHIRA A. SCHEINDLIN |

# 1st Supplemental Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified extract of the docket entries and the original filed papers numbered <u>1</u> through <u>63</u>, inclusive, constitutes the 1st supplemental record on appeal in the above entitled proceedings.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 5th Day of October In this year of our Lord, Two Thousand and Six, and the Independence of the United States this 231st year.

J. Michael McMahon

By _____
Deputy Clerk