UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TRANSPORT WORKERS UNION, et al.,

                Plaintiffs,

 -against-

NEW YORK CITY TRANSIT AUTHORITY, et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**

02 Civ. 7659 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.

       The Clerk of the Court is directed to reinstate the above-captioned cases to my active docket.

SO ORDERED:

*Shira A. Scheindlin*
Shira.A. Scheindlin
U.S.D.J.

Dated:   New York, New York
           January 15, 2008



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/16/08

## - Appearances -

**For Plaintiffs:**

Walter M. Meginniss, Jr., Esq.
Gladstein, Reif & Meginniss, LLP
817 Broadway, 6th Floor
New York, NY 10003
(212) 228-7727

**For Defendants:**

Michele L. Sheridan, Esq.
Richard Schoolman, Esq.
New York City Transit Authority
130 Livingston Street, Room 1209G
Brooklyn, NY 11201
(718) 694-3487/4667

David Rosen, Esq.
O'Donnell & Schwartz
60 East 42nd Street
New York, NY 10165
(212) 370-5100