# GLADSTEIN, REIF & MEGINNISS, LLP
### ATTORNEYS AT LAW

AMY GLADSTEIN
JAMES REIF
WALTER M. MEGINNISS, JR
ELLEN DICHNER
KENT Y. HIROZAWA
BETH M. MARGOLIS

WILLIAM S. MASSEY *
ANJANA MALHOTRA
CHARLES W. HART, JR.

* ALSO ADMITTED IN NJ

817 BROADWAY • 6TH FLOOR
NEW YORK, NEW YORK 10003
(212) 228-7727
FAX: (212) 228-7654

April 23, 2008

**BY HAND**
Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: Transport Workers Union v. NYC Transit Authority, 02 Civ. 7659 (SAS)

Dear Sir/Madam:

On April 21, 2008, plaintiffs filed with the Court a motion to compel discovery. Pursuant to agreement reached in a conference with the Court and counsel for the defendants, plaintiffs hereby withdraw that motion. Thank you for your attention to the matter.

Very truly yours,

Walter M. Meginniss, Jr.

WMM/sh

cc: Hon. Shira A. Scheindlin, U.S.D.J.
    Richard Schoolman, Esq. (by fax, with permission)

*[Handwritten note: The motion is hereby withdrawn. So Ordered. /s/ Judge, USDJ 5/1/08]*