UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
TRANSPORT WORKERS UNION OF AMERICA,
LOCAL 100, AFL-CIO; ROGER TOUSSAINT, AS
PRESIDENT OF TRANSPORT WORKERS UNION
OF AMERICA, LOCAL 100, AFL-CIO; TRANSPORT
WORKERS UNION OF AMERICAN, AFL-CIO;
SONNY HALL, AS PRESIDENT OF TRANSPORT
WORKERS UNION OF AMERICA, AFL-CIO;
AMALGAMATED TRANSIT UNION, LOCAL 726,
AFL-CIO; and ANGELO TANZI, AS PRESIDENT
OF AMALGAMATED TRANSIT UNION, LOCAL
726, AFL-CIO,

               Plaintiffs,

v.

NEW YORK CITY TRANSIT AUTHORITY and
MANHATTAN AND BRONX SURFACE TRANSIT
OPERATING AUTHORITY,

               Defendants.
------------------------------------------------------------------x

No. 02 Civ. 7659 (SAS)

STIPULATION AND
ORDER OF DISMISSAL



IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all of the parties, that, in accordance with the settlement agreement between the parties, a copy of which agreement is attached:

1.     This action is dismissed, with prejudice.

2.     Each side shall bear its own attorneys' fees and costs except to the extent otherwise specified in the attached settlement agreement; and any motion for an order awarding attorneys' fees or costs shall be made within 90 days following the date this stipulation and order is entered on the docket sheet for this action.

Dated: May 29, 2008

_____          _____
Walter M. Meginniss, Jr.           Richard Schoolman (5/30/08)
Gladstein, Reif & Meginniss, LLP   Law Department
817 Broadway (6th Floor)           New York City Transit Authority
New York, NY 10003                 130 Livingston Street (12th Floor)
Tel. [212] 228-7727                Brooklyn, NY 11201
Attorneys for Plaintiffs           Tel. [718] 649-4667
                                   Attorneys for Defendants


SO ORDERED:

_____
Shira A. Scheindlin, U.S.D.J.

6/1/08