UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

TRANSPORT WORKERS UNION OF AMERICA,
LOCAL 100, AFL-CIO; ROGER TOUSSAINT, AS
PRESIDENT OF TRANSPORT WORKERS UNION
OF AMERICA, LOCAL 100, AFL-CIO; TRANSPORT
WORKERS UNION OF AMERICAN, AFL-CIO;
SONNY HALL, AS PRESIDENT OF TRANSPORT
WORKERS UNION OF AMERICA, AFL-CIO;
AMALGAMATED TRANSIT UNION, LOCAL 726,
AFL-CIO; and ANGELO TANZI, AS PRESIDENT
OF AMALGAMATED TRANSIT UNION, LOCAL
726, AFL-CIO,

                Plaintiffs,

-against-

NEW YORK CITY TRANSIT AUTHORITY and
MANHATTAN AND BRONX SURFACE TRANSIT
OPERATING AUTHORITY,

                Defendants.
------------------------------------------------------------x

No. 02 Civ. 7659 (SAS)

STIPULATION AND ORDER



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/27/08

       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for all of the parties, that the time for filing a motion awarding attorneys' fees and costs pursuant to the Stipulation and Order of Dismissal and Settlement Agreement between the parties executed June 2, 2008, shall be extended through September 10, 2008.

08/27/2008 WED 12:41 FAX 212 228 7654
NYCT LAW DEPARTMENT    Fax:718-694-5728
Case 1:02-cv-07659-SAS    Document 74    Filed 08/27/2008    Page 2 of 2
Aug 27 2008  12:03    P.03
@003/003

08/27/2008 WED 11:50  FAX 212 228 7654                                @003/003

Dated: August 27, 2008

_(signature)_
Charles W. Hart, Jr.
Walter M. Meginniss, Jr.
Gladstein, Reif & Meginniss, LLP
817 Broadway, 6th Floor
New York, NY 10003
Tel. (212) 228-7727
Attorneys for Plaintiffs

_(signature)_ Richard Schoolman
Richard Schoolman
Law Department
New York City Transit Authority
130 Livingston Street, 12th Floor
Brooklyn, NY 11201
Tel. (718) 649-4667
Attorneys for Defendants

SO ORDERED:
_(signature)_
Shira A. Scheindlin, U.S.D.J.      8/27/08